# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| VICTOR R. THOMAS,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. 2:11-cv-02286-JPM-cgc<br>No. 2:07-cr-20182-JPM-1 |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Movant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 1), filed April 15, 2011, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Motion Pursuant to 28 U.S.C. § 2255 (ECF No. 9), all claims by Movant against Respondent are hereby DISMISSED WITH PREJUDICE.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

June 13, 2014
Date